AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| | ) | 3:26-mj-00022 |
| Travis William Juhr | ) | |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 22, 2025 in the county of Multnomah in the District of Oregon, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 875(c) | Interstate Communications - Threat |

This criminal complaint is based on these facts:

See the attached affadavit of Special Agent Michael Kern, Federal Bureau of Investigation

☑ Continued on the attached sheet.

/s/ Michael Kern, via telephone
*Complainant's signature*

Michael Kern, Spcial Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 6:03 p.m.

Date: 02/10/2026

*Judge's signature*

City and state: Portland, Oregon    Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*