# UNITED STATES DISTRICT COURT
## for the
### District of Oregon

| | |
|---|---|
| United States of America<br>v.<br><br>Travis William Juhr<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)         3:26-mj-00022<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
### BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __November 22, 2025__ in the county of __Multnomah__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S. Code § 875(c) | Interstate Communications - Threat |

This criminal complaint is based on these facts:

See the attached affadavit of Special Agent Michael Kern, Federal Bureau of Investigation

☑ Continued on the attached sheet.

/s/ Michael Kern, via telephone
*Complainant's signature*

Michael Kern, Spcial Agent, FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __6:03__ p.m.

Date: __02/10/2026__

*Stacie F. Beckerman*
*Judge's signature*

City and state: __Portland, Oregon__        Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

3:26-mj-00022

DISTRICT OF OREGON, ss:　　　AFFIDAVIT OF MICHAEL KERN

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, Michael Kern, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.　　I am a Special Agent with the Federal Bureau of Investigation and have been since July 2023. I am currently assigned to the Domestic Violent Incident Crimes Unit. My training and experience include the investigation of a multitude of unlawful activities to include the use of interstate communications in the furtherance of criminal activities, fugitive investigations, crimes against children, and other violent crimes. Before working for the FBI, I spent over four years working in local law enforcement and corrections for a county Sheriff's Office in Montana. My training and experience also include legal matters related to Fourth Amendment searches, the drafting of criminal complaints, and the investigation of violent federal crimes.

2.　　I submit this affidavit in support of a criminal complaint and arrest warrant for **TRAVIS WILLIAM JUHR** for transmitting in interstate or foreign commerce any communication containing a threat to injure the person of another, in violation of Title 18, United States Code, Section 875(c). As set forth below, there is probable cause to believe, and I do believe, that TRAVIS WILLIAM JUHR committed the offense of interstate communications: threats, in violation of Title 18, United States Code, Section 875(c).

3.　　The facts set forth in this affidavit are based on my own personal knowledge; information obtained from other individuals during my participation in this investigation, including other law enforcement officers; interviews of witnesses; my review of records related to this investigation; communication with others who have knowledge of the events and

**Affidavit of Michael Kern**　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1

circumstances described herein; and, information gained through my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of the application for an arrest warrant, it does not set forth each fact that I or others have learned during this investigation. As of February 05, 2025, FBI Portland has received six reports regarding JUHR threatening others, and additional contacts from the FBI National Threat Operations Center, which has received additional reports.

## Applicable Law

4.      Title 18, United States Code, Section 875(c) provides that whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another commits an offense against the Unites States. I have been advised by the United States Attorney's Office that the person transmitting the threat must do so either for the purpose of issuing as threat, or with knowledge that the communication will be viewed as a threat, pursuant to *United States v. Elonis, 575 U.S. 732 (2015),* and *United States v. Howard, 947 F.3d 936 (6th Cir. 2020).*

## Statement of Probable Cause

*Threats*

5.      On December 08, 2025, The Federal Bureau of Investigation Las Vegas Field Office became aware of a post on X.com (formerly Twitter) threatening an elected official in Nevada, Adult Victim 1 (AV1).

6.      The reported post was created by X.com user "Captain Gaymerica" (username: @cyphernaut86_1) on December 07, 2025, at 6:57PM. The post stated: "I'm coming down to Nevada for you [AV1]. I hope you have your doors and windows locked. Because I love a

challenge when hunting my PREY.  #MAGAHuntersPDX."   The post included a photograph of AV1.

7. The number assigned to the cell phone was provided by JUHR as a callback number in a threatening voicemail left for AV1.  The **Target Cell Phone** was queried in a Law-Enforcement database and also resolves to "Travis William Juhr".  On February 09, 2026, an emergency disclosure request was submitted to T-Mobile for subscriber information for **Target Cell Phone**.  T-Mobile provided that the **Target Cell Phone** was registered to Travis JUHR with the billing address at the **Target Residence.**  T-Mobile further provided the device's IMEI as 352066106904225, which resolves to a Samsung Galaxy S10e.  I believe JUHR is currently in possession of this device and may have used the device to issue the above described threatening and harassing communications.

8. Additionally, on November 22, 2025, the FBI's National Threat Operations Center (NTOC) received a report detailing multiple X.com accounts threatening another individual and her 13-year-old son Adult Victim 2 (AV2) and Minor Victim 1 (MV1).  Shortly before the report, AV2 and MV1 attended a counter-protest called "Patriots Night" at the Immigration and Customs Enforcement (ICE) facility located at 4310 S Macadam St, Portland, OR 98606.  AV2 and MV1 were in attendance to support ICE agents.  While outside of the facility, MV1's face was not covered, leading to MV1's personal identifying information being publicized online, i.e. "doxxed".

9. After this information was made public, over the course of several days, MV1 received several threatening messages on X.com from the user, "Trevor Johnson" (username: @cyphernaut86).  The messages threatened the following:

*"Divine punishment will be the price for your wickedness"*

**Affidavit of Michael Kern**                                                                                             Page 3
                                                                                                                         Rev. April 2018

*"Jesus can't save you from what's coming"*

*"Crying to your friends won't stop whats coming"*

*"He'll always be a teen just like Charlie Kirk will always be in his 30s!"*

*"Excited for the obituaries"*

*"I'll grape him too"*

*""your" a moron.  Feel free to meet Charlie Kirk"*

*"Excited for the Obituaries"*

10. AV2 and MV1 reported additional threats posted by X.com account "MasterQueef" (username: @masterqueef86).  In one post, the user "MasterQueef" posted what appears to be a screenshot of a stick figure with Xs for eyes, seemingly deceased, with the caption, "[AV2] (asleep)".  In another post in which AV2's X.com account is tagged, "MasterQueef" states, "I'll make sure you don't see your 15th Birthday… MUHAHAHAHWHWHWHW".  And, a third post states "He'll always be a teen just like Charlie Kirk will always be in his 30s!"



*Subscriber Address*

11.     On December 15, 2025, LVMPD Detective Carl Loskill submitted an EmergencyDisclosure Request to X.com for subscriber information related to the "Captain Gaymerica" account.  X.com produced subscriber information including the account creation Internet Provider (IP) address of 97.120.206.207.

12.     On December 16, 2025, FBI Portland submitted additional Emergency Disclosure Requests to X.com seeking subscriber information for the "MasterQueef" and "Trevor Johnson" accounts.  X.com produced subscriber information for these accounts, also including the account creation IP address of 97.120.206.207.  Because all three reported accounts were created using the same IP address, I believe that all three accounts were operated by the same individual.

13.     On December 16, 2025, FBI Portland submitted an Emergency Disclosure Request to LUMEN Technologies, the internet provider associated to the identified IP address of

97.120.206.207. LUMEN Technologies provided subscriber information revealing the IP address was billed to "TRAVIS JUHR" at ▮▮▮▮▮ Ave, Portland, OR 97236. LUMEN Technologies also provided the contact number of 503-761-0376. The above residential address matches JUHR's Department of Motor Vehicle listed address, and the telephone number returns to "TRAVIS JUHR" via the Accurint public record database.

*Facebook Posts*

14.  On January 12, 2026, FBI Portland was notified by a United States Secret Service (USSS) intelligence analyst that the USSS Portland Office had received a report regarding JUHR making threats online directed at the POTUS using a Facebook account with the handle, "cyphrenaut".

15.  FBI Portland investigators then contacted the USSS Portland Office and learned that the USSS had received a telephonic report from a concerned citizen what stated that JUHR had been making concerning posts on Facebook. The reporting party stated that he could not find all of the posts, but he provided screen captures of one in which JUHR stated *" I can' wait till Trump is dead, I might even participate!"*.  Of note, this post appears to have originated from telephone number 503-860-6955. Per Accurint, this telephone number resolves to TRAVIS WILLIAM JUHR (DOB: ▮▮▮▮▮). In another post that was unable to be located, the reporting party advised that JUHR stated he wanted to *"mag dump Trump"*.



Reported Facebook Account and Message

16.     On February 02, 2026, an interview was conducted with AV2 and her two minor children, including MV1 and Minor Victim 2 (MV2).  MV1 and MV2 reported additional threatening messages that included a recent post displaying a with the caption, "Break glass in case of ICEy conditions at your residence" The post was created by an account with the username @Peedee119466, which AV1, MV1, and MV2 believed was operated by JUHR.

**Affidavit of Michael Kern**                                                                                                         Page 7
                                                                                                                              Rev. April 2018



17.     The rifle in the photograph appears to Sig Sauer rifle placed on a gunsmith mat. Patches or stickers are visible on the mat, one of a green frog and another stating "I Choose Violence."



## Conclusion

18. Based on the foregoing, I have probable cause to believe, and I do believe, that TRAVIS WILLIAM JUHR committed the federal offense of interstate communications: threats, in violation of Title 18, United States Code, Section 875(c). I therefore request that the Court issue a criminal complaint and arrest warrant for TRAVIS WILLIAM JUHR.

19. Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Gregory Nyhus, and AUSA Nyhus advised me that in their opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

## Request for Sealing

20. It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may result in the endangerment of the physical safety of an individual, cause destruction of or

/////

/////

/////

/////

/////

**Affidavit of Michael Kern**  Page 9
Rev. April 2018

tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

<u>By phone pursuant to Fed. R. Crim. P. 4.1</u>
MICHAEL KERN
Special Agent,
Federal Bureau of Investigation

Sworn in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 6:03 p.m. on February 10, 2026.

_____
HONORABLE STACIE F. BECKERMAN
United States Magistrate Judge