SCOTT E. BRADFORD, OR #062824
United States Attorney
District of Oregon
**ETHAN G. BODELL, PA #321830**
Special Assistant United States Attorney
Ethan.Bodell@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:26-mj-00022 |
| v. | |
| **TRAVIS WILLIAM JUHR,** | **NOTICE OF APPEARANCE** |
| **Defendants.** | |

Please be advised that Special Assistant United States Attorney Ethan Bodell is appearing as co-counsel for the government in the above-captioned case.  Electronic notices can be sent to Ethan.Bodell@usdoj.gov.

Dated: February 18, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney
District of Oregon

*s/ Ethan G. Bodell*
ETHAN G. BODELL
Special Assistant United States Attorney

**NOTICE OF APPEARANCE**