SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**GREGORY R. NYHUS, OSB #913841**
Assistant United States Attorney
Greg.R.Nyhus@usdoj.gov
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:26-mj-00022 |
| v. | **NOTICE OF WITHDRAWAL OF GOVERNMENT ATTORNEY** |
| **THRAVIS WILLIAM JUHR,** | |
| Defendant. | |

    Please be advised that Gregory R. Nyhus, Assistant United States Attorney, withdraws as counsel of record for the United States in the above-captioned case.

Dated: February 20, 2026

                                                      Respectfully submitted,

                                                      SCOTT E. BRADFORD
                                                      United States Attorney

                                                      /s/ *Gregory R. Nyhus*
                                                      GREGORY R. NYHUS, OSB #913841
                                                      Assistant United States Attorney